**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST WOUND AND SKIN CARE, INC. | Case No. 2:25-cv-11550-JFW-MARx |
| Plaintiff, | **ORDER ON JOINT APPLICATION AND STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| v. | |
| CIGNA Health and Life Insurance Company, | Complaint Filed: November 5, 2025 |
| Defendants. | |

**ORDER**

Having considered the Parties' Joint Application And Stipulation To Dismiss The Entire Action Without Prejudice:

IT IS HEREBY ORDERED

This matter is dismissed without prejudice in its entirety, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Date:  March 23, 2026

_____

Honorable John F. Walter

ORDER ON STIPULATION OF DISMISSAL